RICHARD S. HARVEY, Respondent, *v.* NEW YORK ASSETS
REALIZATION COMPANY et al., Appellants.

*Harvey* v. *N. Y. Assets Realization Co.,* 177 App. Div. ——, appeal
dismissed.
(Submitted April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered March 12, 1917, affirming a
judgment in favor of plaintiff entered upon a verdict in
an action to recover for services.

The motion was made upon the ground that no appeal
lay as of right to the Court of Appeals and that permis-
sion to appeal had not been obtained.

*Jacob Ansbacher* for motion.

*Franklin Bien* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.